**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____     Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Macbeth Designs LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Macbeth Group** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-5173717** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **280 Devon Road**<br>**Tenafly, NJ 07670**<br>Number, Street, City, State & ZIP Code | PO Box 1119, 400 Tenafly Road, Tenafly, NJ  07670<br>P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Bergen**<br>County | **Location of principal assets, if different from principal place of business** |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.macbethcollection.com** |
| 6. | Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    **Macbeth Designs LLC**_____    Case number (*if known*)_____
     Name

---

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____  ____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor   **Macbeth Designs LLC**                                    Case number (*if known*) _____
_____
Name

---

**11. Why is the case filed in this district?**   *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                         Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49        ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

---

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☑ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000              ☑ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    **Macbeth Designs LLC**_____    Case number (*if known*)_____
Name

▮▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _11/01/2016_
MM / DD / YYYY

X _Margaret JMb_____    **Margaret Josephs**
Signature of authorized representative of debtor    Printed name

Title  **Managing Member**_____

**18. Signature of attorney**

X _(signature)_____    Date  _11/1/16_
Signature of attorney for debtor    MM / DD / YYYY

**David Edelberg, Esq.**_____
Printed name

**Cullen and Dykman LLP**_____
Firm name

**433 Hackensack Avenue**
**Hackensack, NJ 07601**_____
Number, Street, City, State & ZIP Code

Contact phone  **201-488-1300**_____    Email address  **dedelberg@cullenanddykman.com**_____

**DE-6258, New Jersey**_____
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Macbeth Designs LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/1/16___    X /s/ Margaret Josephs
Signature of individual signing on behalf of debtor

**Margaret Josephs**
Printed name

**Managing Member**
Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Macbeth Designs LLC

United States Bankruptcy Court for the:    **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Chase Business Line of Credit PO Box 9001022 Louisville, KY 40290-1022 | | All Assets | | $81,072.83 | $0.00 | $81,072.83 |
| Empire Brands, LLC 1431 E. 22nd Street Brooklyn, NY 11210 | | | Unliquidated | | | $0.00 |
| Henry Guindi 25 Stults Road Dayton, NJ 08810 | | Settlement | Subject to Setoff | | | $392,174.33 |
| Herbert Adler, Esq. 50 Main Street 10th Floor White Plains, NY 10606 | | | | | | $14,068.55 |
| iWorld LLC 10 W. 37th Street 9th Floor New York, NY 10018 | | Judgment | Disputed | | | $510,000.00 |
| Jan Josephs 2412 Sterling Boulevard Englewood, NJ 07631 | | All assets | | $231,556.00 | $0.00 | $231,556.00 |
| Kabbage Inc. 925 B Peachtree Street Suite 1688 Atlanta, GA 30309 | | Line of Credit | | | | $11,890.28 |
| Margaret Josephs 280 Devon Road Tenafly, NJ 07670 | | loans | | | | $101,457.00 |
| Philip E. Klein, Esq. 324 E. 48th Street Suite 1 New York, NY 10017 | | | | | | $17,476.50 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Macbeth Designs LLC**                                      Case number *(if known)*   _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Steve Wetter CPA Wetter & Covertini CPA LLC 1 University Plaza Suite 205 Hackensack, NJ 07601 | | | | | | $3,000.00 |
| Timothy Frawley, Esq. Law Offices of Timothy P. Frawley One International Place 14th Floor Boston, MA 02109 | | | | | | $9,604.00 |
| Vineyard Vines, LLC 37 Brown House Road Stamford, CT 06902 | | Balance of Settlement | | | | $130,000.00 |

**Fill in this information to identify the case:**

Debtor name    **Macbeth Designs LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                              12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $    0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................    $    72,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $    72,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    312,628.83

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$    1,189,670.66

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b                                                                                                    $    1,502,299.49

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Macbeth Designs LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                    Current value of debtor's interest

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **JP Morgan Chase Bank, N.A.** | | | $15,000.00 |
|---|---|---|---|---|

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                    | $15,000.00 |
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11b. Over 90 days old: | **54,000.00** | - | **0.00** | =.... | $54,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Macbeth Designs LLC** | Case number *(if known)* | |
| | Name | | |

| 12. | **Total of Part 3.** | | | **$54,000.00** |
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | | |

**Part 4:    Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Office furniture and leased Phone Systems** | **$0.00** | | **$1,500.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **office equipment, computers** | **$0.00** | N/A | **$1,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | | **$3,000.00** |
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Macbeth Designs LLC**
_____    Case number _(If known)_ _____
Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademarks** | Unknown | | Unknown |
| **Registered Trademark-Beachcandie (Serial/Reg No. 4,357,652)** | Unknown | | Unknown |
| **Registered Trademark-Pet Candie (Serial/Reg No. 4,257,628)** | Unknown | | Unknown |
| **Registered Trademark-Reveluxion (Serial/Reg No. 4,242,087)** | Unknown | | Unknown |
| **Registered Trademark-Dorm Candie (Serial/Reg No. 4,256,746)** | Unknown | | Unknown |
| **Registered Trademark-House Candie (Serial/Reg No. 4,249,902)** | Unknown | | Unknown |
| **Registered Trademark-Fashionery (Serial/Reg No. 4,209,655)** | Unknown | | Unknown |
| **Registered Trademark-Closet Candie (Serial/Reg No. 4,256,636)** | Unknown | | Unknown |
| **The Macbeth Collection** **85645314/4282378** **006,008,008** | $0.00 | | Unknown |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Macbeth Designs LLC**                                        Case number *(If known)* _____
_____
Name

**The Macbeth Collection**
85688206/4283115
011,014,016                                          $0.00                              Unknown

**The Macbeth Collection**
85695675/4283136
018,020,021                                          $0.00                              Unknown

**The Macbeth Collection**
85715421/4283168
024,025,027                                          $0.00                              Unknown

61.    Internet domain names and websites

62.    Licenses, franchises, and royalties
Merkury Innovations
180 Maiden Lane
New York, New York 10038
Expires December 31, 2017                       Unknown                            Unknown

Advantus Corporation
12276 San Jose Blvd.
Jacksonville, FL 32223
Expires December 31, 2018                       Unknown                            Unknown

Innovative Designs
141 W. 36th St, 8th Fl.
NY, NY 10001                                    Unknown                            Unknown

Kennedy Licensing Group
25 Stults Road
Dayton, NJ 08810
Expires: December 31, 2017                      Unknown                            Unknown

SSS Designs LLC
1430 Chestnut Avenue
Hillside, NJ 07205
Expires December 31, 2017                       Unknown                            Unknown

Upper Canada Soap and Candle Makers
Corporation
1510A Caterpillar Road
Mississauga, ON L4X 2W9                         Unknown                            Unknown

63.    Customer lists, mailing lists, or other compilations

64.    Other intangibles, or intellectual property

65.    Goodwill

66.    Total of Part 10.                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Macbeth Designs LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?

■ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?

■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. Notes receivable
Description (include name of obligor)

72. Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

**Trademark infringement claims against Madison Matthews** — Unknown

Nature of claim
Amount requested _____ $0.00

**Trademark infringement claims against Gloveit** — Unknown

Nature of claim
Amount requested _____ $0.00

**Collection and trademark infringement claim against Acess Bag** — Unknown

Nature of claim
Amount requested _____ $0.00

75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed *Examples:* Season tickets, country club membership

**Insurance Policy-The Hartford** — Unknown

| Debtor | **Macbeth Designs LLC** | Case number *(if known)* | |
| | Name | | |

| Insurance Policy- Horizon BCBS New Jersey | Unknown |

| 78. | **Total of Part 11.** | $0.00 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Debtor | **Macbeth Designs LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $15,000.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $54,000.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $72,000.00 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $72,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Macbeth Designs LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Chase Business Line of Credit**<br>Creditor's Name<br><br>PO Box 9001022<br>Louisville, KY 40290-1022<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br><br>Describe the lien<br>**Line of Credit**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $81,072.83 | $0.00 |
| Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Jan Josephs**<br>Creditor's Name<br><br>2412 Sterling Boulevard<br>Englewood, NJ 07631<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br>5/25/2016<br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**All assets**<br><br><br>Describe the lien<br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $231,556.00 | $0.00 |
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Macbeth Designs LLC**                                Case number (if know) _____
_____
Name

- ■ No
- □ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

- □ Contingent
- □ Unliquidated
- □ Disputed

---

| 2.3 | **Marlin Business Bank** |
|---|---|

Creditor's Name

**2795 E. Cottonwood Pkwy,
#120
Salt Lake City, UT 84121**
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred** _____

**Last 4 digits of account number** _____

**Do multiple creditors have an
interest in the same property?**
- ■ No
- □ Yes. Specify each creditor,
  including this creditor and its relative
  priority.

Describe debtor's property that is subject to a lien                    $0.00          $1,500.00
**Office furniture and leased Phone Systems**

_____

**Describe the lien**
**Telephone System Lease**
**Is the creditor an insider or related party?**
- ■ No
- □ Yes

**Is anyone else liable on this claim?**
- ■ No
- □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- □ Contingent
- □ Unliquidated
- □ Disputed

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | **$312,628.83** |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Jeffrey Rothbard
Rothbard, Rothbard, Kohn & Kellar
50 Park Place
Suite 1228
Newark, NJ 07102** | Line  **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name __Macbeth Designs LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
|  |  | $0.00 | $0.00 |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
|  | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim: |
|  | Last 4 digits of account number | Is the claim subject to offset? |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* |
|---|---|---|
|  | **New Jersey Dept of Labor and**<br>**Workforce**<br>**Bankruptcy Unit**<br>**1 John Fitch Plaza**<br>**PO Box 951**<br>**Trenton, NJ 08611-0951** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|  | Date or dates debt was incurred | Basis for the claim: |
|  | Last 4 digits of account number | Is the claim subject to offset? |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

Total claim $0.00   Priority amount $0.00

| Debtor | **Macbeth Designs LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**New Jersey Division of Taxation**
**50 Barrack Street, 9th Fl**
**PO Box 245**
**Trenton, NJ 08695-0267**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**NJ Dept of Labor -Div Employer**
**Accounts**
**1 John Fitch Plaza**
**PO Box 379**
**Trenton, NJ 08611-0379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Empire Brands, LLC**
**1431 E. 22nd Street**
**Brooklyn, NY 11210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$392,174.33** |
|---|---|---|---|

**Henry Guindi**
**25 Stults Road**
**Dayton, NJ 08810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Settlement

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ■ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,068.55** |
|---|---|---|---|

**Herbert Adler, Esq.**
**50 Main Street**
**10th Floor**
**White Plains, NY 10606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Debtor | **Macbeth Designs LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $510,000.00 |
|---|---|---|---|

**iWorld LLC**
**10 W. 37th Street**
**9th Floor**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,890.28 |
|---|---|---|---|

**Kabbage Inc.**
**925 B Peachtree Street**
**Suite 1688**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Line of Credit__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $101,457.00 |
|---|---|---|---|

**Margaret Josephs**
**280 Devon Road**
**Tenafly, NJ 07670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __loans__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,476.50 |
|---|---|---|---|

**Philip E. Klein, Esq.**
**324 E. 48th Street**
**Suite 1**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Steve Wetter CPA**
**Wetter & Covertini CPA LLC**
**1 University Plaza**
**Suite 205**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,604.00 |
|---|---|---|---|

**Timothy Frawley, Esq.**
**Law Offices of Timothy P. Frawley**
**One International Place**
**14th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $130,000.00 |
|---|---|---|---|

**Vineyard Vines, LLC**
**37 Brown House Road**
**Stamford, CT 06902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Balance of Settlement__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

Debtor    **Macbeth Designs LLC**
_____                    Case number (if known) _____
          Name

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies,
   assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gilbride, Tusa, Last & Spellance<br>Todd Sharinn, Esq.<br>31 Brookside Drive<br>Greenwich, CT 06830 | Line **3.10**<br><br>☐ Not listed. Explain ____ | — |
| 4.2 | Mintz & Gold LLP<br>Kevin Brown, Esq.<br>600 Third Avenue<br>25th Floor<br>New York, NY 10016 | Line **3.4**<br><br>☐ Not listed. Explain ____ | — |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,189,670.66 |
| 5c. Total of Parts 1 and 2<br>   Lines 5a + 5b = 5c. | 5c. | $ 1,189,670.66 |

**Fill in this information to identify the case:**

Debtor name  **Macbeth Designs LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
  ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
  ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement-Debtor as Licensor |
| | State the term remaining | December 31, 2018 |
| | List the contract number of any government contract | _____ |

**Advantus Corporation**
**12276 San Jose Boulevard**
**Jacksonville, FL 32223**

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Health Insurance Policy |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Horizon Blue Cross Blue Shield**
**New Jersey**
**PO Box 10130**
**Newark, NJ 07101-3130**

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement-Debtor as Licensor |
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

**Innovative Designs**
**141 W. 36th Street**
**8th Floor**
**New York, NY 10001**

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement-Debtor as Licensor |
| | State the term remaining | Expires December 31, 2021 |
| | List the contract number of any government contract | _____ |

**Kennedy Licensing Group**
**25 Stults Road**
**Dayton, NJ 08810**

Debtor 1   **Macbeth Designs LLC**                                    Case number (*if known*)
     First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Trademark Co-Existence Agreement** |
| | State the term remaining | |
| | List the contract number of any government contract | **Macbeth, Inc.**<br>**2251 Las Palmas Drive**<br>**Carlsbad, CA 92011** |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement-Debtor as Licensor** |
| | State the term remaining | **Expires December 31, 2017** |
| | List the contract number of any government contract | **Merkury Innovations**<br>**180 Maiden Lane**<br>**New York, NY 10038** |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement-Debtor as Licensor** |
| | State the term remaining | **Expires December 31, 2017** |
| | List the contract number of any government contract | **SSS Designs LLC**<br>**1430 Chestnut Avenue**<br>**Hillside, NJ 07205** |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **General Liability Insurance Policy** |
| | State the term remaining | |
| | List the contract number of any government contract | **The Hartford Insurance**<br>**3600 Wiseman Boulevard**<br>**San Antonio, TX 78251** |

| | | |
|---|---|---|
| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **License Agreement-Debtor as Licensor** |
| | State the term remaining | |
| | List the contract number of any government contract | **Upper Canada Soap and Candle Makers Corporation**<br>**1510 A. Caterpillar Road**<br>**Mississauga, ON L4X 2W9** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Macbeth Designs LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                                 Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Margaret Josephs** | **280 Devon Road Tenafly, NJ 07670** | **Vineyard Vines** | ☐ D _____ ☑ E/F _____ ☐ G _____ |
| 2.2 | **Margaret Josephs** | **280 Devon Road Tenafly, NJ 07670** | **Henry Giundi** | ☐ D _____ ☑ E/F _____ ☐ G _____ |
| 2.3 | **Margaret Josephs** | **280 Devon Road Tenafly, NJ 07670** | **Jan Josephs** | ☑ D _____ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Margaret Josephs** | **280 Devon Road Tenafly, NJ 07670** | **Herb Adler and Cabbage Inc.** | ☐ D _____ ☑ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Macbeth Designs LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2016** to **9/16/2016** | ☑ Operating a business<br>☐ Other | $463,809.00 |
| **For prior year:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other | $974,064.00 |

**2. Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

**3. Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- | --- |
| 3.1. | **Vineyard Vines, LLC**<br>**37 Brown House Road**<br>**Stamford, CT 06902** | 8/15/16 | $40,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **settlement agreement** |

Debtor   **Macbeth Designs LLC**                                                    Case number (if known)

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.2.  Jan Josephs<br>2412 Sterling Boulevard<br>Englewood, NJ 07631 | 8/1/16 | $9,222.12 | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  Henry Guindi<br>25 Stults Road<br>Dayton, NJ 08810 | 7/15/16 | $32,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  settlement agreement |
| 3.4.  Blondetourage Designs, LLC<br>280 Devon Road<br>Tenafly, NJ 07670 | 8/2016 | $93,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Blondetourage Designs, LLC<br>280 Devon Road<br>Tenafly, NJ 07670<br>affiliate | Quarterly | Approx.<br>$372,000.00 | **Design Services** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Henry Guindi<br>25 Stults Road<br>Dayton, NJ 08810 | Last 4 digits of account number: _____ | 7/15/16 | $32,000.00 |

| **Part 3:**  Legal Actions or Assignments |
|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor    **Macbeth Designs LLC**                                              Case number (if known) _____

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | iWorld LLC & iWorld Global LLC v. Macbeth Designs, LLC, et al.<br>16-cv-01658 | petition to confirm arbitration | SDNY | ☐ Pending<br>☑ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Cullen and Dykman, LLP<br>100 Quentin Roosevelt Blvd.<br>Garden City, NY 11530 | Retainer | 8/2016 | $11,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Macbeth Designs LLC**                                    Case number *(if known)* _____

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| MJKB, LLC | Approx 6 trademarks per Trademark Co-Existence Agreement | Spring 2016 | unknown |

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor    **Macbeth Designs LLC**                                    Case number *(if known)* _____

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Debtor    **Macbeth Designs LLC**                                              Case number (if known) _____

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Margaret Kiss c/o Macbeth Designs LLC 280 Devon Road Tenafly, NJ 07670 | approx. 2007 to date |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Steve Wetter Wetter & Covertini CPA LLC 1 University Plaza Suite 205 Hackensack, NJ 07601 | approx 2011 to date |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| Steve Wetter. CPA and Margaret Kiss | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

Debtor    **Macbeth Designs LLC**                                                    Case number (if known) _____

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| Margaret Josephs | $88,000/year, car payments, health insurance | | employment compensation |
| See response to question 4 | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Macbeth Designs LLC**                                              Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____        **Margaret Josephs**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## District of New Jersey

In re   **Macbeth Designs LLC**                                                     Case No. _____
                                         Debtor(s)                            Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Joseph J. Benigno**<br>**280 Devon Road**<br>**Tenafly, NJ 07670** | | | **1%** |
| **Margaret Josephs**<br>**280 Devon Road**<br>**Tenafly, NJ 07670** | | | **99%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date _____ 11 / 1 /16 _____          Signature **/s/ Margaret Josephs**
                                                 **Margaret Josephs**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of New Jersey

In re    __Macbeth Designs LLC_____          Case No. _____

                                                Debtor(s)          Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: _____11/1/16_____          /s/ Margaret Josephs
                                            Margaret Josephs/Managing Member
                                            Signer/Title

Advantus Corporation
12276 San Jose Boulevard
Jacksonville, FL 32223


Chase Business Line of Credit
PO Box 9001022
Louisville, KY 40290-1022


Empire Brands, LLC
1431 E. 22nd Street
Brooklyn, NY 11210


Gilbride, Tusa, Last & Spellance
Todd Sharinn, Esq.
31 Brookside Drive
Greenwich, CT 06830


Henry Guindi
25 Stults Road
Dayton, NJ 08810


Herbert Adler, Esq.
50 Main Street
10th Floor
White Plains, NY 10606


Horizon Blue Cross Blue Shield
New Jersey
PO Box 10130
Newark, NJ 07101-3130


Innovative Designs
141 W. 36th Street
8th Floor
New York, NY 10001


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


iWorld LLC
10 W. 37th Street
9th Floor
New York, NY 10018

Jan Josephs
2412 Sterling Boulevard
Englewood, NJ 07631


Jeffrey Rothbard
Rothbard, Rothbard, Kohn & Kellar
50 Park Place
Suite 1228
Newark, NJ 07102


Kabbage Inc.
925 B Peachtree Street
Suite 1688
Atlanta, GA 30309


Kennedy Licensing Group
25 Stults Road
Dayton, NJ 08810


Macbeth, Inc.
2251 Las Palmas Drive
Carlsbad, CA 92011


Margaret Josephs
280 Devon Road
Tenafly, NJ 07670


Marlin Business Bank
2795 E. Cottonwood Pkwy, #120
Salt Lake City, UT 84121


Merkury Innovations
180 Maiden Lane
New York, NY 10038


Mintz & Gold LLP
Kevin Brown, Esq.
600 Third Avenue
25th Floor
New York, NY 10016


New Jersey Dept of Labor and Workforce
Bankruptcy Unit
1 John Fitch Plaza
PO Box 951
Trenton, NJ 08611-0951

New Jersey Division of Taxation
50 Barrack Street, 9th Fl
PO Box 245
Trenton, NJ 08695-0267


NJ Dept of Labor -Div Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0379


Philip E. Klein, Esq.
324 E. 48th Street
Suite 1
New York, NY 10017


SSS Designs LLC
1430 Chestnut Avenue
Hillside, NJ 07205


Steve Wetter CPA
Wetter & Covertini CPA LLC
1 University Plaza
Suite 205
Hackensack, NJ 07601


The Hartford Insurance
3600 Wiseman Boulevard
San Antonio, TX 78251


Timothy Frawley, Esq.
Law Offices of Timothy P. Frawley
One International Place
14th Floor
Boston, MA 02109


Upper Canada Soap and Candle
Makers Corporation
1510 A. Caterpillar Road
Mississauga, ON L4X 2W9


Vineyard Vines, LLC
37 Brown House Road
Stamford, CT 06902

# United States Bankruptcy Court
## District of New Jersey

In re   **Macbeth Designs LLC** _____

                     Debtor(s)

Case No. _____

Chapter   **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Macbeth Designs LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None [*Check if applicable*]

_____
Date

**David Edelberg DE-6258**
Signature of Attorney or Litigant
Counsel for   **Macbeth Designs LLC**
**Cullen and Dykman LLP**
**433 Hackensack Avenue**
**Hackensack, NJ 07601**
**201-488-1300**
**dedelberg@cullenanddykman.com**